# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# JUDGE LEWIS T. BABCOCK

## COURTROOM MINUTES

_____

| | | | |
|---|---|---|---|
| Courtroom Deputy: | Emily Seamon | Date: | May 2, 2012 |
| Court Reporter: | Darlene Martinez | Probation: | Jeanette Woll |
| | | Interpreter: | Catherine Bahr |

_____

Criminal Action No. 11-cr-00044-LTB          <u>Counsel:</u>

UNITED STATES OF AMERICA,                    Robert Brown

    Plaintiff,

v.

1. MARIO ERNESTO MEJIA-MELGAR,               Richard Banta

    Defendant.

_____

## SENTENCING
_____

9:00 a.m.     Court in Session.

Defendant is present and in custody.

Interpreter sworn. At the request of defense counsel, Ms. Bahr is on stand-by if her interpreter services are needed during the hearing.

> Defendant plead guilty to the One Count Indictment on February 22, 2012.

Statements by Mr. Banta and Defendant.

**ORDERED**:   Defendant's Unopposed Motion for a Variance and Motion to Allow Filing Within 14 Days of Sentencing [Doc. No. 27, Filed April 22, 2012] is DENIED AS MOOT.

1

**ORDERED**: Government's Motion to Grant the Defendant an Additional One-Level Decrease Pursuant to U.S.S.G § 3E1.1(b) [Doc. No. 30, Filed April 30, 2012] is GRANTED.

**ORDERED**: United States' Motion for 1-Level Variance in Defendant's Offense Level for Acceptance of Appellate Waiver [Doc. No. 31, Filed April 30, 2012] is GRANTED.

**ORDERED**: Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the court that Defendant, Mario Ernesto Mejia-Melgar, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 22 months.

**ORDERED**: No term of supervised release is imposed. Defendant is advised that if he enters or remains in the United States illegally, possesses a firearm, or illegally possesses a controlled substance, he would be subject to further prosecution.

**ORDERED**: Defendant shall pay a special assessment of $100.00 which is due and payable immediately.

**ORDERED**: No fine is imposed because defendant has no ability to pay a fine.

**ORDERED**: Defendant advised his right to appeal is limited to the exceptions contained in the appellate waiver set forth in the plea agreement.

**ORDERED**: Defendant is **REMANDED** to the custody of the U.S. Marshal.

9:17 a.m.     Court in Recess.
Hearing concluded.
Time: 00:17